**CHRIS DANIEL**

**HARRIS COUNTY DISTRICT CLERK**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/17/2015 12:13:08 PM
CHRISTOPHER A. PRINE
Clerk

December 17, 2015

Certified Mail No.:  7007 0710 0001 2353 3807

CRISTIAN MARQUEZ
TDCJ# 02020850
1401 STATE SCHOOL ROAD
GATESVILLE, TX 76599-2999

Re: Cause Number 1434847 in the 174TH Judicial District Court

Dear Sir or Madam:

The following documents are being forwarded to you because you are pro-se and in custody.

Enclosed is a certified copy of the trial record in the above numbered and styled cause, which includes:

 I  Volume(s)    - Clerk's Record

      Volume(s) – Supplemental Clerk's Record

      Volume(s) – Reporter's Record

The 14TH Court of Appeals will be notified when the record is received.

Sincerely,

"/s/" *LESLIE CHARLES*

Deputy
Criminal Post Trial

Enclosure

1201 Franklin   P.O. Box 4651  Houston,  Texas 77210-4651